# Court of Appeals
# of the State of Georgia

ATLANTA,   June 18, 2014    

*The Court of Appeals hereby passes the following order:*

**A14A1755.  GINETTE ST. CILIEN v. JUST MORTGAGE, INC. et al.**

Ginette St. Cilien brought this civil action against Just Mortgage, Inc. and other defendants.  On December 17, 2013, the trial court dismissed the complaint for want of prosecution.  St. Cilien filed a motion to vacate the dismissal order, which the trial court denied.  On February 24, 2014, St. Cilien filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." (Citation and punctuation omitted.)  *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).  Instead of filing a timely notice of appeal from the trial court's December 2013 dismissal order, St. Cilien filed a motion to vacate that order, which was in substance a motion for reconsideration.  But the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Because St. Cilien failed to file a notice of appeal within 30 days of the entry of the appealable judgment entered against her, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 06/18/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*